UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SHARI FRANKLIN

v.                              CASE NO.  3:11CV  1786 (VLB)

CAROLYN M. FUTTNER
CUDA & ASSOCIATES, LLC

### NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(l), plaintiff hereby dismisses the within action without costs or fees based on the parties' settlement agreement.

THE PLAINTIFF

BY____/s/ Joanne S. Faulkner___
    JOANNE S. FAULKNER ct04137
123 Avon Street
New Haven, CT 06511-2422
(203) 772-0395

Certificate of Service

I hereby certify that on December 30, 2011, a copy of foregoing Notice of Dismissal was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

____/s/ Joanne S. Faulkner___
JOANNE S. FAULKNER ct04137
123 Avon Street
New Haven, CT 06511-2422
(203) 772 0395
j.faulkner@snet.net